UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **JACI LOVELESS BRASHER** | **CASE NO. 6:24-CV-01042** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **POLICE DEPT OF LAFAYETTE ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any timely objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, this matter is DISMISSED as frivolous for lack of jurisdiction and/or failure to state a claim upon which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2); and

**IT IS FURTHER ORDERED** that Plaintiff's pending motions, namely the Emergency Motion for Immediate Return of Minor Children, Protective Order, and Federal Intervention [ECF No. 6]; Motion for Protective Order [ECF No. 7]; and

Emergency Motion for Immediate Intervention [ECF No. 10], are all likewise DENIED.

Signed at Lafayette, Louisiana, this 19th day of February, 2025.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE